```
_____ FILED    _____ LODGED
         _____ RECEIVED

             Jan 11, 2021

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. NASH<br>a/k/a Jess M. Nash,<br><br>　　　　　　　Defendant. | NO. CR 21-5017 RJB<br><br>**INFORMATION**<br><br>18 U.S.C. §§ 7, 13; RCW 46.61.502(6)(a)<br>(Felony Driving Under the Influence) |

The United States Attorney charges that:

### COUNT 1
### (Felony DUI)

On or about February 20, 2020, at Joint Base Lewis McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, MICHAEL J. NASH a/k/a JESS M. NASH, did unlawfully and feloniously: (1) drive a vehicle and had, within two hours after driving, an alcohol concentration of 0.08 grams of alcohol per 100 milliliters of blood or higher as shown by analysis of the person's breath or blood; and (2) did so after the defendant incurred three or more prior offenses within ten years as defined in RCW 46.61.5055.

//

//

All in violation of Title 18, United States Code, Sections 7 and 13, and Revised Code of Washington 46.61.502(6)(a).

DATED this __8th__ day of January, 2021.

*Sarah Y. Vogel, for*
BRIAN T. MORAN
United States Attorney

*Angelica Williams, for*
GRADY J. LEUPOLD
Assistant United States Attorney

*Angelica Williams*
ANGELICA WILLIAMS
Assistant United States Attorney